# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

|   |   |
|---|---|
| JIMMY R. HARRAH, <br><br> Plaintiff, <br><br> v. <br><br> LUTHERAN FAMILY SERVICES OF VIRGINIA, INC., *d/b/a* ENCIRCLE, <br><br> Defendant. | Civil Case No: 7:23-cv-00789 |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Lutheran Family Services of Virginia, Inc., *d/b/a* enCircle ("enCircle" or "Defendant"), by counsel, hereby moves for dismissal of the Complaint filed by Plaintiff, Jimmy R. Harrah ("Mr. Harrah" or "Plaintiff"), for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See, e.g., Ellison v. Inova Health Care Servs.*, 2023 U.S. Dist. LEXIS 164824 (E.D. Va. Sep. 14, 2023). Defendant will file a brief in support of this Motion in the near future.

LUTHERAN FAMILY SERVICES OF
VIRGINIA, INC. *d/b/a* ENCIRCLE

/s/ Harrison E. Richards
Todd A. Leeson (VSB No. 30293)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tele: (540) 983-9300
Fax: (540) 983-9400
leeson@gentrylocke.com
hrichards@gentrylocke.com

*Counsel for Lutheran Family Services of Virginia, Inc., d/b/a enCircle*

9546/57/11696400v2

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which provides an electronic copy to all counsel of record.

/s/ Harrison E. Richards
Counsel for Lutheran Family Services of Virginia, Inc., d/b/a enCircle